**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Secured Capital Partners, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-5039470 |
| 4. | Debtor's address | **Principal place of business**<br><br>1141 Summit Drive<br>Beverly Hills, CA 90210<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Secured Capital Partners, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the above

   B. *Check all that apply*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply:*
       - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
       - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - [ ] A plan is being filed with this petition.
       - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
       - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - [x] No.
   - [ ] Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - [x] No
    - [ ] Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Debtor    Secured Capital Partners, LLC    Case number (if known) _____
         Name

**11. Why is the case filed in this district?**    *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [✓] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [✓] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   Secured Capital Partners, LLC _____   Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/29/2019
              MM / DD / YYYY

X _____        Victor Franco Noval
Signature of authorized representative of debtor    Printed name

Title   Managing Member

**18. Signature of attorney**

X _____        Date  05/29/2019
Signature of attorney for debtor                       MM / DD / YYYY

Daniel A. Lev
Printed name

SulmeyerKupetz, A Professional Corporation
Firm name

333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Number, Street, City, State & ZIP Code

Contact phone  213.626.2311        Email address   www.sulmeyerlaw.com

129622 CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Secured Capital Partners, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AR Pipeline<br>195 Dawson Drive<br>Camarillo, CA 93012 | (805) 484-4322 | Construction Services | Unliquidated | | | $18,500.00 |
| Camarillo Engineering<br>1320 Flynn Road<br>Suite A<br>Camarillo, CA 93012 | (805) 389-4655 | Construction Services | Unliquidated Disputed | | | $300,000.00 |
| Crest Real Estate LLC<br>11150 W Olympic Boulevard<br>Suite 700<br>Los Angeles, CA 90064 | (310) 994-6657 | Consulting Services | Unliquidated Disputed | | | $7,500.00 |
| Freeman Freeman & Smiley LLP<br>1888 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | (310) 453-0414 | Attorney's Fees | Unliquidated Disputed | | | $183,000.00 |
| Freeman Group Inc<br>11150 W Olympic Boulevard<br>Suite 975<br>Los Angeles, CA 90064 | | Consulting/Project Management Services | Unliquidated | | | $525,000.00 |
| Horizon Management Company<br>21515 Hawthorne Boulevard<br>Suite 700<br>Torrance, CA 90503 | (310) 543-1995 | HOA Dues | | | | $7,164.57 |
| IOA Insurance Services<br>16000 Ventura Boulevard Suite 550<br>Encino, CA 91436 | Ryan Jones<br>ryan.jones@ioausa.com<br>(323) 951-4200 | Insurance Coverage - 1652 Tower Grove Drive | | | | $8,464.00 |

Debtor  **Secured Capital Partners, LLC**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James Valentine 4422 Lowell Street NW Washington, DC 20016 | | Consulting Services | Unliquidated | | | $575,000.00 |
| Joseph Collins 2118 Wilshire Boulevard Suite 350 Santa Monica, CA 90403 | joecollins.law@gmail.com (310) 251-2315 | Attorney's Fees | Unliquidated Disputed | | | $69,282.86 |
| LADWP PO Box 51111 Los Angeles, CA 90051 | | Utilities - 1652 Tower Grove Drive | | | | $212,353.81 |
| Levene Neale Bender Yoo & Brill LLP 10250 Constellation Boulevard Suite 1700 Los Angeles, CA 90067 | (310) 229-1234 | Attorney's Fees | Unliquidated | | | $592,549.23 |
| Mirman Bubman & Nahmias LLP 21860 Burbank Boulevard Suite 360 Woodland Hills, CA 91367-6477 | | Attorney's Fees | Unliquidated Disputed | | | $450,000.00 |
| Pachulski Stang Ziehl & Jones LLP 10100 N Santa Monica Boulevard Los Angeles, CA 90067 | (310) 277-6910 | Attorney's Fees | Unliquidated Disputed | | | $778,088.44 |
| Powerfull Electric 5316 Venice Boulevard Los Angeles, CA 90019 | (310) 837-9333 | Electrical Services | Unliquidated Disputed | | | $1,126,615.78 |
| Rotochrome Technologies, LLC 151 Str F6 Dabas HU-2370 | +36 70885-6922 | Equipment Purchase | Unliquidated | | | $700,000.00 |
| WVM Holdings, LLC 800 Silverado Street Suite 300 La Jolla, CA 92037 | | Judgment | Unliquidated Disputed | | | $1,000,000.00 |

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Secured Capital Partners, LLC, exercised its rights under an option to acquire the real property located at 1652 Tower Grove Drive, Beverly Hills, California 90210, from Tower Park Properties, LLC, debtor in Case No. 2:08-bk-20298-BR, filed on July 11, 2008, in the United States Bankruptcy Court, Central District of California, Los Angeles Division.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles                , California.

Date:   05/29/2019

Victor Franco Noval
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1        F 1015-2.1.STMT.RELATED.CASES

# WRITTEN CONSENT OF THE MEMBER OF SECURED CAPITAL PARTNERS, LLC

## May 29, 2019

The undersigned, constituting the sole member (the "Member") of Secured Capital Partners, LLC, a California limited liability company (the "Company"), hereby consents, pursuant to the relevant law, to the adoption of the resolutions set forth below, effective as of the date set forth above unless otherwise indicated below:

**WHEREAS**, the Company has engaged counsel and advisors to provide advice to the Company regarding the Company's obligations to its respective creditors, equity holders, and other interested parties; and

**WHEREAS**, the Company has reviewed and considered, among other things, the advice of its counsel and advisors and has considered the options available to the Company, and has determined that, in its business judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, and other interested parties that the Company voluntarily file a petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by the Company of its Petition, in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), substantially in the form previously presented to the Company, is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that the Member of the Company be and hereby is authorized, empowered, and directed to execute and file the Petition on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that the Member of the Company be and hereby is authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file the Petition, and all schedules, statement of financial affairs, motions, lists, applications, pleadings, declarations, affidavits, and other papers as required to accompany the Petition or seek entry of first day orders, if any, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds that the Member deems necessary, proper, or desirable in connection with, or in furtherance of, the Petition or the bankruptcy case, including, but not limited to, negotiating and obtaining debtor-in-possession financing and/or the use of cash collateral, and executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with such debtor-in-possession financing and/or use of cash collateral, with a view to the successful prosecution and reorganization of such case; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of **Sulmeyer**Kupetz, A Professional Corporation, located at 333 S. Grand Avenue, Suite 3400, Los Angeles, California 90071, as bankruptcy counsel, and the Law Offices of Ronald Richards & Associates, APC, P.O. Box 11480, Beverly Hills, California 90213, as special litigation counsel,

to render legal services to, and to represent, the Company in the chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Member of the Company be and hereby is authorized, empowered, and directed to retain, on behalf of the Company, such other professionals as the Member deems necessary, appropriate or desirable, upon such terms and conditions as the Member shall approve, to render services to the Company in connection with the bankruptcy cases and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by the Member, or any authorized persons acting under similar authority, as the case may be, of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted, and approved in all respects; and it is further

**RESOLVED**, that the Member of the Company be and hereby is authorized, empowered, and directed, in the name and on behalf of the Company, to do and perform all such further acts and things, to execute and/or deliver, and, where necessary or appropriate, file with the appropriate governmental authorities, all such certificates, agreements, documents, instruments, instruments of transfer, receipts and other papers, and to make all such payments and to pay all such taxes and assessments, as the Member shall approve or deem to be necessary or appropriate in order to carry out, comply with, and effectuate the reorganization of the Company, the foregoing resolutions, and the transactions contemplated thereby, the taking of such actions to be conclusive evidence of the necessity or appropriateness thereof; and it is further

**RESOLVED**, that these resolutions may be executed by facsimile and, upon such execution, shall have the same force and effect as an original.

**IN WITNESS WHEREOF**, the undersigned Member of the Company has duly executed this Written Consent as of the date first written above.

Secured Capital Partners, LLC, a California limited liability company

By: _____
Victor Franco Noval, Member

DAL\ 2670256v1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev<br>333 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number: 129622 CA<br>www.sulmeyerlaw.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Secured Capital Partners, LLC

CASE NO.:
CHAPTER: 11

Debtor(s).

# VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 05/29/2019
Signature of Debtor 1

Date: _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 05/29/2019
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1007-1.MAILING.LIST.VERIFICATION

Secured Capital Partners, LLC
1141 Summit Drive
Beverly Hills, CA 90210


Daniel A. Lev
SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1406


Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

AR Pipeline
195 Dawson Drive
Camarillo, CA 93012


Camarillo Engineering
1320 Flynn Road
Suite A
Camarillo, CA 93012


Crest Real Estate LLC
11150 W Olympic Boulevard
Suite 700
Los Angeles, CA 90064


Freeman Freeman & Smiley LLP
1888 Century Park East
Suite 1900
Los Angeles, CA 90067


Freeman Group Inc
11150 W Olympic Boulevard
Suite 975
Los Angeles, CA 90064


Horizon Management Company
21515 Hawthorne Boulevard
Suite 700
Torrance, CA 90503

Hughes Investment Partnership LLC
c/o Rolf S Woolner Esq
Winstrom & Strawn LLP
333 S Grand Avenue, 38th Floor
Los Angeles, CA 90071


IOA Insurance Services
16000 Ventura Boulevard Suite 550
Encino, CA 91436


James Valentine
4422 Lowell Street NW
Washington, DC 20016


Joseph Collins
2118 Wilshire Boulevard
Suite 350
Santa Monica, CA 90403


LADWP
PO Box 51111
Los Angeles, CA 90051


Levene Neale Bender Yoo & Brill LLP
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067


Los Angeles County Tax Collector
225 N Hill Street
Los Angeles, CA 90012


MH Holdings II H LLC
c/o Rolf S Woolner Esq
Winstron & Strawn LLP
333 S Grand Avenue, 38th Floor
Los Angeles, CA 90071

Mirman Bubman & Nahmias LLP
21860 Burbank Boulevard
Suite 360
Woodland Hills, CA 91367-6477


Pachulski Stang Ziehl & Jones LLP
10100 N Santa Monica Boulevard
Los Angeles, CA 90067


Powerfull Electric
5316 Venice Boulevard
Los Angeles, CA 90019


Rotochrome
Technologies, LLC
151 Str F6 Dabas
HU-2370


WVM Holdings, LLC
800 Silverado Street
Suite 300
La Jolla, CA 92037