PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, (State Bar No. 089395)
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, (State Bar No. 124770)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone
(213) 894-2603 facsimile
Email: *ron.maroko@usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| In re: | Case No.: 2:19-bk-16243-BR |
|---|---|
| **SECURED CAPITAL PARTNERS, LLC,** | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: June 17, 2019

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**

By: _/s/ Jill M. Sturtevant_
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT A

**EXHIBIT "A"**

In re: Secured Capital Partners, LLC; 2:19-bk-16243-BR

Freeman Group, Inc.
Attn: Rodney Freeman
11150 W. Olympic Boulevard, Ste 975
Los Angeles, CA 90064
Phone: 310-453-0414
Email: RFreeman@freemangroup.net

Pachulski Stang Ziehl & Jones LLP
Attn: Ira D. Kharasch
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Phone: 310-277-6910
Email: ikharasch@pszjlaw.com

Mirman, Bubman & Nahmias, LLP
Attn: Michael E. Bubman
21860 Burbank Boulevard, Ste 360
Woodland Hills, CA 91367
Phone: 818-451-4600
Email: mbubman@mblawyers.com

James I. Valentine
4422 Lowell Street, NW
Washington, DC 20016
Phone: 202-253-7870
Email: james.valentine@att.net

Levene, Neale, Bender, Yoo & Brill, LLP
Attn: David Golubchik
10250 Constellation Boulevard, #1700
Los Angeles, CA 9006
Phone: 310-229-1234
Email: dbg@lnbyb.com

/ / /

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____6/17/19_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                         X   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ____6/17/19_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                               X   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____6/17/19_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                            X   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/17/19 | Sonny Flores | */s/ Sonny Flores* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael E Bubman  (**Committee Member**)  mbubman@mbnlawyers.com, aacosta@mbnlawyers.com
David B Golubchik   (**Committee Member**) dbg@lnbyb.com, dbg@ecf.inforuptcy.com
Daniel A Lev  (Debtor's counsel)  dlev@sulmeyerlaw.com; asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com; dwalker@sulmeyerlaw.com
Ron Maroko   ron.maroko@usdoj.gov
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Victor A Sahn  (Debtor's counsel)  vsahn@sulmeyerlaw.com; agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
Steven A. Sokol     sokolesq@gmail.com, sokolesq@earthlink.net
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL:**
    **Debtor**
    Secured Capital Partners, LLC
    1141 Summit Drive
    Beverly Hills, CA 90210

    **Committee Members (not listed in NEF)**
    Freeman Group, Inc.
    Attn: Rodney Freeman
    11150 W. Olympic Boulevard, Ste 975
    Los Angeles, CA 90064

    Pachulski Stang Ziehl & Jones LLP
    Attn: Ira D. Kharasch
    10100 Santa Monica Boulevard, 13th Floor
    Los Angeles, CA 90067

    James I. Valentine
    4422 Lowell Street, NW
    Washington, DC 20016

3. **SERVED BY FEDERAL EXPRESS:**

    U.S. Bankruptcy Court
    255 E. Temple Street, Room 940
    Los Angeles, CA 90012
    Attn: Mail Room Clerk - Judges Copy

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F.9013-3.1.PROOF.OF.SERVICE**