**WINSTON & STRAWN LLP**
Rolf S. Woolner (SBN: 143127)
rwoolner@winston.com
Justin E. Rawlins (SBN: 209915)
jrawlins@winston.com
Scott J. Fishwick (SBN: 308661)
sfishwick@winston.com
Aaron M. Gober-Sims (SBN: 325544)
agobersims@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Counsel for Hughes Investment Partnership, LLC
And MH Holdings II H, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Secured Capital Partners, LLC,<br><br>Debtor. | **Case No. 2:19-bk-16243-BR**<br><br>Chapter 11<br><br>**VOLUME 1 OF EXHIBITS TO DECLARATION OF THOMAS H. KENNEY IN SUPPORT OF MOTION OF HUGHES INVESTMENT PARTNERSHIP, LLC AND MH HOLDINGS II H, LLC TO DISMISS THE BANKRUPTCY CASE (EXHIBITS A THROUGH Z)**<br><br>Date:    July 16, 2019<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668; Judge Russell<br>         U.S. Bankruptcy Court<br>         255 E. Temple Street, 16th Floor<br>         Los Angeles, CA 90012 |

| **Exhibit** | **Description** | **Page Nos.** |
|---|---|---|
| A. | Ruling on Submitted Matters (Suspension/Removal Petition, CCP 631.8 Motion, *Ex Parte* Application and Post-Trial Motion to Strike), dated March 18, 2013, in *In re the Matter of the Mark Hughes Trust*, Case No. BP 063500, Superior Court of California, County of Los Angeles | 17 - 62 |
| B. | Promissory Note, dated August 31, 2004 ("First Loan") | 63 - 69 |
| C. | Deed of Trust, Security Agreement and Fixture Filing, dated September 16, 2004, and recorded in the Official Records of the Los Angeles County Recorder as Instrument No 04-2380839 ("First Deed of Trust") | 70 - 98 |
| D. | Promissory Note, dated August 31, 2004 ("Second Loan") | 99 - 102 |
| E. | Deed of Trust, Security Agreement and Fixture Filing, dated September 16, 2004, and recorded in the Official Records of the Los Angeles County Recorder as Instrument No 04-2380840 ("Second Deed of Trust") | 103 - 127 |
| F. | Construction Loan Agreement, dated on June 6, 2008 | 128 - 162 |
| G. | Accommodating Deed of Trust, Security Agreement and Fixture Filing, dated June 28, 2006 and recorded in the Official Records of the Los Angeles County Recorder as Instrument No 06-1422999 ("Third Deed of Trust") | 163 – 183 |
| H. | Notices of Default, dated May 20, 2008 | 184 – 190 |
| I. | Omnibus Loan Modification Agreement, dated on June 10, 2010 | 191 – 198 |
| J. | Construction Loan Agreement, dated on June 10, 2010 ("Fourth Loan") | 199 – 242 |
| K. | Non-Recourse Promissory Note Secured By Deed of Trust, dated June 10, 2010 ("Fourth Loan") | 243 - 250 |
| L. | Construction Deed of Trust, Security Agreement and Fixture Filing, dated June 10, 2010 and recorded in the Official Records of the Los Angeles County Recorder as Instrument No 10-0791964 ("Fourth Deed of Trust") | 251 – 276 |
| M. | Excerpt from an Office of Inspector General Semiannual Report to Congress for the period April 1, 2003-September 30, 2003, along with documents pulled from the criminal case file in *U.S. v. Noval*, C.D. Cal. Case No. CR 97-1005(A)-JSL | 277 – 286 |
| N. | Settlement Agreement (without exhibits), dated January 2, 2013 | 287 – 322 |
| O. | Objection of Alexander Hughes to Tower Park's Motion to Approve Settlement filed on January 11, 2013 (omitting voluminous exhibits) [Tower Park Bankruptcy Case at Docket No. 397] | 323 – 377 |
| P. | Ruling on Ex Parte Application, dated on January 10, 2013 in *In re the Matter of the Mark Hughes Family Trust*, Superior Court of California, County of Los Angeles Case No. BP 063500 | 378 – 381 |

| **Exhibit** | **Description** | **Page Nos.** |
|---|---|---|
| Q. | Order Appointing FTIC as Trustee *ad litem* to Represent the Trust's Interests in Connection with TPP's Motion to Approve Settlement Agreement in Bankruptcy Proceedings, dated on January 14, 2013 in *In re the Matter of the Mark Hughes Family Trust*, Superior Court of California, County of Los Angeles Case No. BP 063500 | 382 - 384 |
| R. | Limited Joinder of FTIC to Objection of Alexander Hughes to Tower Park's Motion to Approve Settlement filed on January 14, 2013 [Tower Park Bankruptcy Case at Docket No. 401] | 385 – 389 |
| S. | Hughes Investment Partnership, LLC and MH Holdings II H, LLC's Joinder in Reorganized Debtor's Motion to Approve Settlement Agreement filed on January 22, 2013 [Tower Park Bankruptcy Case at Docket No. 403] | 390 – 394 |
| T. | Order Granting Motion By Tower Park Properties, LLC to Approve Settlement Agreement, filed on January 23, 2013 [Tower Park Bankruptcy Case at Docket No. 405] | 395 – 400 |
| U. | Order Granting *Ex Parte* Application of Alexander Hughes for an Order Clarifying the Court's January 14, 2013 Order Appointing a Trustee *Ad Litem* with Respect to the Tower Grove Property, dated on August 21, 2015, Superior Court of California, County of Los Angeles Case No. BP 063500 | 401 – 403 |
| V. | Findings of Fact and Conclusions of Law Re Remand from District Court, dated February 24, 2015 [Tower Park Bankruptcy Case at Docket No. 620] | 404 – 412 |
| W. | Memorandum of Decision, dated July 1, 2016 | 413 – 429 |
| X. | Ninth Circuit's Memorandum *In re Tower Park Properties, LLC*, Case No. 16-56092, ECF No. 37-1, dated November 27, 2017 | 430 – 433 |
| Y. | Letter from Michael E. Bubman of Miram Bubman Nahmias, dated May 29, 2015 | 434 – 437 |
| Z. | Letter from Justin E. Rawlins, of Winston & Strawn LLP, dated June 12, 2015 | 438 - 441 |

Dated: June 19, 2019  
WINSTON & STRAWN LLP

By: /s/ Justin E. Rawlins  
Justin E. Rawlins  
Counsel for Hughes Investment Partnership, LLC  
and MH Holdings II H, LLC