# EXHIBIT Q

```
 1  AKIN GUMP STRAUSS HAUER & FELD LLP
    EDWARD A. WOODS, ESQ. (SBN 54841)
 2  SUSAN K. LEADER, ESQ. (SBN 216743)
    OLEG STOLYAR, ESQ. (SBN 229265)
 3  2029 Century Park East
    Suite 2400
 4  Los Angeles, CA 90067
    Telephone: 310-229-1000
 5  Facsimile: 310-229-1001

 6  Attorneys for Conrad Lee Klein and Jack Reynolds,
    Co-Trustees of the Mark Hughes Family Trust
 7
    HAHN & HAHN LLP
 8  CLARK R. BYAM, ESQ. (SBN 53252)
    RITA M. DIAZ, ESQ. (SBN 205538)
 9  300 East Colorado Boulevard, 9th Floor
    Pasadena, CA 91101
10  Telephone: 626.796.9123
    Facsimile: 626.449.7357
11
    Attorneys for Christopher Pair as Co-Trustee
12  of the Mark Hughes Family Trust
```

COPY
RECEIVED
SUPERIOR COURT
JAN 14 2013
PROBATE DEPT. ROOM 238
CALENDAR DESK

FILED
Superior Court of California
County of Los Angeles
JAN 14 2013
John A. Clarke, Executive Officer/Clerk
By _____, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| In the Matter of the | Case No. BP063500 |
|---|---|
| MARK HUGHES FAMILY TRUST dated September 3, 1987, as amended. | [Assigned To The Honorable Mitchell L. Beckloff]<br><br>[PROPOSED] ORDER APPOINTING FIDUCIARY TRUST INTERNATIONAL OF CALIFORNIA AS TRUSTEE AD LITEM TO REPRESENT THE TRUST'S INTERESTS IN CONNECTION WITH TPP'S MOTION TO APPROVE SETTLEMENT AGREEMENT IN BANKRUPTCY PROCEEDINGS |

[PROPOSED] ORDER APPOINTING FIDUCIARY TRUST INTERNATIONAL OF CALIFORNIA AS TRUSTEE AD LITEM TO REPRESENT THE TRUST'S INTERESTS IN CONNECTION WITH TPP'S MOTION TO APPROVE SETTLEMENT AGREEMENT IN BANKRUPTCY PROCEEDINGS

EXHIBIT C
15

Exhibit Q
383

Having considered the *Ex Parte* Application of Alexander Hughes For An Order: (1) Immediately Suspending the Trustees and Appointing Successor Trustees; and (2) Instructing Successor Trustees to Independently Analyze the Trustees' Settlement with TPP and Proceed in the Best Interests of the Trust, filed January 10, 2013 (the "*Ex Parte* Application"), the argument of counsel, the testimony from the removal trial (completed in December 2012 and currently under submission), and *Getty v. Getty* (1988) 205 Cal.App.3d 134, the court hereby ORDERS as follows:

1. The power and authority of the Co-Trustees, Conrad Lee Klein, Jack Reynolds, and Christopher Pair with regard to the Motion by Tower Park Properties, LLC to Approve Settlement Agreement (the "Motion") in *In re Tower Park Properties, LLC*, Reorganized Debtor (the "Bankruptcy Proceeding") are hereby suspended. This suspension of powers relates only to the Motion in the Bankruptcy Proceeding.

2. The Court appoints FORTHWITH Fiduciary Trust International as Trustee *ad litem* to represent the Trust's interests in connection with the Motion in the Bankruptcy Proceeding. Consistent with its fiduciary obligations, the Trustee *ad litem* shall analyze the settlement at issue in the Motion and independently determine whether the settlement at issue in the Motion is proper and in the best interests of the Trust, and shall take whatever action is necessary and appropriate to promote or forestall approval of the settlement agreement in the Bankruptcy Proceeding.

3. ~~As part of its investigation and analysis, the Trustee ad litem is instructed to contact and obtain information from the following parties: (a) Sidley Austin LLP, counsel for the Trust, the Trustees and the Trust LLCs in the Bankruptcy Proceeding; (b) Levene, Neale, Bender, Yoo & Brill LLP, counsel for Tower Park Properties in the Bankruptcy Proceeding; and (c) the Mediator, The Honorable Mitchel R. Goldberg (Ret.).~~ *MLB*

4. Nothing in this Order is intended to impact the Co-Trustees in their individual capacities or to impact Conrad Lee Klein in his role as manager of any Trust owned LLC.

Dated: 1/14/13

By: _____
Hon. Mitchell L. Beckloff,
Judge of the Superior Court

2

[PROPOSED] ORDER APPOINTING FIDUCIARY TRUST INTERNATIONAL OF CALIFORNIA AS TRUSTEE AD LITEM TO REPRESENT THE TRUST'S INTERESTS IN CONNECTION WITH TPP'S MOTION TO APPROVE SETTLEMENT AGREEMENT IN BANKRUPTCY PROCEEDINGS

EXHIBIT C
16

Exhibit Q
384