minor
minor

1  **WINSTON & STRAWN LLP**
   Rolf S. Woolner (SBN: 143127)
2  rwoolner@winston.com
   Justin E. Rawlins (SBN: 209915)
3  jrawlins@winston.com
   Scott J. Fishwick (SBN: 308661)
4  sfishwick@winston.com
   Aaron M. Gober-Sims (SBN: 325544)
5  agobersims@winston.com
   333 S. Grand Avenue, 38th Floor
6  Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
7  Facsimile:    (213) 615-1750

8  Counsel for Hughes Investment Partnership, LLC
   And MH Holdings II H, LLC
9

10                **UNITED STATES BANKRUPTCY COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12                      **LOS ANGELES DIVISION**

| | |
|---|---|
| 13  In re: | **Case No. 2:19-bk-16243-BR** |
| 14  Secured Capital Partners, LLC, | Chapter 11 |
| 15       Debtor. | |
| 16 | **VOLUME 2 OF EXHIBITS TO DECLARATION OF THOMAS H. KENNEY IN SUPPORT OF MOTION OF HUGHES INVESTMENT PARTNERSHIP, LLC AND MH HOLDINGS II H, LLC TO DISMISS THE BANKRUPTCY CASE (EXHIBITS AA THROUGH CCC)** |
| 17 | |
| 18 | |
| 19 | |
| 20 | Date:    July 16, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668; Judge Russell<br>         U.S. Bankruptcy Court<br>         255 E. Temple Street, 16th Floor<br>         Los Angeles, CA 90012 |
| 21 | |
| 22 | |
| 23 | |

24
25
26
27
28

AmericasActive:13699049.1

| Exhibit | Description | Page Nos. |
|---|---|---|
| AA. | Notice from Thomas H. Kenney, dated September 4, 2015 | 442 – 445 |
| BB. | Grant Deed, dated July 20, 2016, recorded in the Official Records of the Los Angeles County Recorder as Instrument No. 20160850551 | 446 – 454 |
| CC. | Order Granting Plaintiff Hughes Investment Partnership, LLC's Motion for Summary Adjudication of First Cause of Action for Foreclosure of Deed of Trust, dated on December 14, 2018, in *Hughes Investment Partnership, LLC v. Secured Capital Partners, LLC, et al.*, Case No. BC636286, Superior Court of California, County of Los Angeles | 455 – 461 |
| DD. | Transcript of Proceedings, Hearing re: Notice of Removal of Action; Motion for Remand, dated April 3, 2018 | 462 – 501 |
| EE. | Notice of Default, dated January 29, 2019 (re Document No. 04-2380839) | 502 – 505 |
| FF. | Notice of Default, dated January 29, 2019 (re Document No. 04-2380840) | 506 – 509 |
| GG. | Notice of Default, dated January 29, 2019 (re Document No. 06-1422999) | 510 – 513 |
| HH. | Notice of Default, dated January 29, 2019 (re Document No. 20100791964) | 514 – 517 |
| II. | Notice of Trustee's Sale, dated May 1, 2019 (re Document No. 04-2380839) | 518 – 523 |
| JJ. | Notice of Trustee's Sale, dated May 1, 2019 (re Document No. 04-2380840) | 524 – 529 |
| KK. | Notice of Trustee's Sale, dated May 1, 2019 (re Document No. 06-1422999) | 530 - 532 |
| LL. | Notice of Trustee's Sale, dated May 1, 2019 (re Document No. 20100791964) | 533 – 538 |
| MM. | Order Granting Motion of Defendant FTIC for Judgment on the Pleadings, dated June 7, 2018, *In re: Tower Park Properties, LLC*, United States Bankruptcy Court, Central District of California, Case No. 2:08-bk-20298, ECF No. 74 | 539 – 541 |
| NN. | Civil Minutes, dated February 6, 2019, *In re: Tower Park Properties, LLC*, United States District Court, Central District of California, Case No. 2:18-cv-05630, ECF No. 20 | 542 – 561 |
| OO. | Minute Order, dated April 16, 2019, in *Hughes Investment Partnership, LLC v. Secured Capital Partners, LLC, et al.*, Case No. BC636286, Superior Court of California, County of Los Angeles | 562 – 564 |
| PP. | Notice of Ruling on Plaintiffs' Motion for a Preliminary Injunction, dated May 28, 2019, in *Secured Capital Partners, LLC, et al. v. Hughes Investment Partnership, LLC, et al.*, Case No. 19SMCV00567, Superior Court of California, County of Los Angeles | 565 – 573 |
| QQ. | Grant Deed, recorded as Instrument No. 20110328669, on March 2, 2011 in the Los Angeles County Recorder's Office | 574 – 580 |
| RR. | Grant Deed, recorded as Instrument No. 20110328670, on March 2, 2011 in the Los Angeles County Recorder's Office | 581 – 583 |
| SS. | Title Report dated May 28, 2019 | 584 – 619 |

AmericasActive:13699049.1

| **Exhibit** | **Description** | **Page Nos.** |
|---|---|---|
| TT. | Official Notices of Auction, issued by the County of Los Angeles Treasurer and Tax Collector, dated August 17, 2016 | 620 – 626 |
| UU. | Letter from Thomas H. Kenney, dated October 11, 2016, to the Los Angeles County Treasurer and Tax Collector's Secured Property Tax Division, enclosing copies of checks, receipts and tax notices | 627 – 640 |
| VV. | Order Granting Plaintiff Hughes Investment Partnership, LLC's Motion to Dissolve Preliminary Injunction, dated December 14, 2018, in *Hughes Investment Partnership, LLC v. Secured Capital Partners, LLC, et al.*, Case No. BC636286, Superior Court of California, County of Los Angeles | 641 – 643 |
| WW. | Promissory Note, dated March, 2011 | 644 – 649 |
| XX. | Promissory Note, Loan Agreement, Forbearance Agreement, dated May 2, 2012 | 650 - 666 |
| YY. | Promissory Note, Loan Agreement, Limited Liability Company Borrowing Resolution, dated January 4, 2013 | 667 – 678 |
| ZZ. | Option to Purchase Real Property, dated May 2013 | 679 – 695 |
| AAA. | Order Granting Defendant and Cross-Complainant Secured Capital Partners' Motion for Preliminary Injunction, dated May 8, 2017, in *Hughes Investment Partnership, LLC v. Secured Capital Partners, LLC, et al.*, Case No. BC636286, Superior Court of California, County of Los Angeles | 696 – 699 |
| BBB. | Order re Plaintiffs' *Ex Parte* Application for (1) an order to show cause why a preliminary injunction should not be entered and (2) a temporary restraining order, dated April 29, 2019, in *Secured Capital Partners, LLC, et al. v. Hughes Investment Partnership, LLC, et al.*, Case No. 19SMCV00567, Superior Court of California, County of Los Angeles | 700 – 702 |
| CCC. | Notice of Default, dated January 24, 2011 | 703 - 704 |

Dated:  June 19, 2019                         WINSTON & STRAWN LLP


                                              By:   /s/ Justin E. Rawlins
                                                    Justin E. Rawlins
                                                    Counsel for Hughes Investment Partnership, LLC
                                                    and MH Holdings II H, LLC

AmericasActive:13699049.1