# EXHIBIT AAA

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 08 2017

Sherri R. Carter, Executive Officer/Clerk
By: Laura Garcia, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| HUGHES INVESTMENT PARTNERSHIP, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SECURED CAPITAL PARTNERS, LLC, et al., <br><br> Defendants. | Case No. BC636286 <br><br> [PROPOSED] ORDER GRANTING DEFENDANT AND CROSS-COMPLAINANT SECURED CAPITAL PARTNERS' MOTION FOR PRELIMINARY INJUNCTION |
| SECURED CAPITAL PARTNERS, LLC, a California Limited Liability Company, <br><br> Cross-complainant, <br><br> vs. <br><br> FIDUCIARY TRUST INTERNATIONAL OF CALIFORNIA, INC., a California corporation, in its capacity as Trustee of the Mark Hughes Family Trust, et al., <br><br> Cross-defendants. | Date: May 2, 2017 <br> Time: 8:45 a.m. <br> Dept: 28 <br><br> Complaint Filed: October 4, 2016 <br> Trial Date: July 30, 2018 |

{00452875}

1  The instant matter was called for hearing at 8:45 a.m. on May 2, 2017 on the motion of Defendant and cross-complainant Secured Capital Partners' (SCP) Motion for Preliminary Injunction, the Honorable Yvette M. Palazuelos presiding. Appearing for moving party SCP was Michael Bubman, of Mirman, Bubman & Nahmias, LLP. Appearing for plaintiff and cross-defendant Hughes Investment Partnership, LLC ("HIP") was Justin Rawlins, Rolf Wolner and Katherine Winston, of Winston & Strawn LLP. Appearing for defendant Tower Park Development, Inc. was Robert Schwartz, of Irell & Manella. No other appearances were made.

After consideration of the pleadings and papers filed by moving party SCP and those in opposition filed by HIP, and allowing for argument of counsel, the Court finds as follows:

SCP has established sufficient good cause for the grant of a preliminary injunction pending the trial of the matter. As a result, the Court rules as follows:

## ORDER GRANTING PRELIMINARY INJUNCTION

Conditioned upon SCP's posting of the Undertaking (as defined below), the Court hereby **GRANTS** SCP's Motion for Preliminary Injunction. The Court **ORDERS** that pending the outcome of the trial in the instant matter, or until further order of this Court, HIP and any and all acting in active concert or participation with HIP, or having knowledge of this Order, including but not limited to, any officer, manager, managing member, representative, advisor, or employee of HIP, and any broker or agent for HIP (including without limitation Chicago Title) are enjoined from taking any action in furtherance of foreclosing or executing on any of the deeds of trust identified in the complaint filed by HIP in this action (the "Deeds of Trust"), and relating to the real property located at the address commonly identified as 1652 Tower Grove Drive, Beverly Hills, California. The Deeds of Trust are as follows:

1. The Deed of Trust, Security Agreement and Fixture Filing, dated August 31, 2004, and recorded in the Official Records of the Los Angeles County Recorder against title to the Property on September 16, 2004, as Instrument No 04-2380839.

2. The Deed of Trust, Security Agreement and Fixture Filing, dated August 31, 2004, and recorded in the Official Records of the Los Angeles County Recorder against title to the Property on September 16, 2004, as Instrument No 04-2380840.

3. The Deed of Trust, Security Agreement and Fixture Filing dated June 6, 2006, and recorded in the Official Records of the Los Angeles County Recorder against title to the Property on June 28, 2006, as Instrument No 06-1422999.

4. The Construction Deed of Trust, Security Agreement and Fixture Filing, dated June 10, 2010 and recorded in the Official Records of the Los Angeles County Recorder as Instrument No 10-0791964.

SCP is hereby ordered to post an undertaking (the "Undertaking") with this Court pursuant to C.C.P. §§529 and 995.010, et seq., in the amount of $57.5 million within fifteen (15) days of the entry of this Order. In the event SCP fails to post the Undertaking as required hereby, this Order shall be null and void and of no force or effect.

**IT IS SO ORDERED.**

Dated: May 8, 2017

**YVETTE M. PALAZUELOS**

Yvette M. Palazuelos
Los Angeles Superior Court Judge

Δ to give Notice.

{00452875}                                    3