**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
    hrafatjoo@raineslaw.com
Carollynn H.G. Callari (Pro Hac Vice Pending)
    ccallari@raineslaw.com
Stephen P. Farkas (State Bar No. 234060)
    sfarkas@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:   310.440.4100
Facsimile:   310.691.1367

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Secured Capital Partners, LLC,<br><br>    Debtor. | Case No. 2:19-bk-16243-BR<br><br>Chapter 11<br><br>**DECLARATION OF JAMES I. VALENTINE IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF HUGHES INVESTMENT PARTNERSHIP, LLC AND MH HOLDINGS II H, LLC TO DISMISS THE BANKRUPTCY CASE**<br><br>Date:    July 16, 2019<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br><br>The Honorable Barry Russell |

I, James I. Valentine, hereby declare and state as follows:

1. I am over the age of eighteen (18) and a general partner in a private equity firm as well as provide financial advisory services to a variety of growth companies. I am a member and Chair of the Official Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in the above-captioned chapter 11 case. I make this declaration in support of the Objection of the Committee to the Motion of Hughes Investment Partnership, LLC and MH Holdings II H, LLC to Dismiss the Bankruptcy Case [Dkt. No. 40] (the "Motion to Dismiss") filed by Hughes Investment Partnership, LLC and MH Holdings II H, LLC on June 19, 2019 (the "Objection"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Objection.

2. I have personal knowledge of the facts set forth herein and would and could competently testify to these facts based on my own personal knowledge, or from review of the files regularly maintained by the personnel of my office.

3. Prior to the Petition Date, I provided consulting services to the Debtor. As of the Petition Date, I have an unsecured claim in excess of $600,000 against the Debtor. The Schedules filed by the Debtor acknowledge that a debt is owed to me.

4. I am familiar with the proposed Plan and approve of its terms. As an unsecured creditor of the Debtor, the worst outcome for me would be for this case to be dismissed. It would be unduly burdensome to me, as an unsecured creditor, to have to pursue a separate litigation and remedies to enforce my claims against the Debtor outside this chapter 11 context. The time and expense involved would be significant. On the flip side, the proposal by Committee and Debtor to conduct a Section 363 sale of the Debtor's prize property to maximize values and be able to make distributions in full to all holders of allowed claims, including my claim, would be very beneficial.

5. Accordingly, I support allowing the Debtor the opportunity to implement the proposed Plan and request that the Court deny the Motion to Dismiss and not dismiss the case.

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 2nd day of July, 2019, at San Diego, California.

_____
James I Valentine

#48427694v2