**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
    hrafatjoo@raineslaw.com
Carollynn H.G. Callari (Pro Hac Vice Pending)
    ccallari@raineslaw.com
Stephen P. Farkas (State Bar No. 234060)
    sfarkas@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:    310.440.4100
Facsimile:    310.691.1367

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Secured Capital Partners, LLC,<br><br>    Debtor. | Case No. 2:19-bk-16243-BR<br><br>Chapter 11<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF GAYLE I. JENKINS IN SUPPORT OF MOTION OF HUGHES INVESTMENT PARTNERSHIP, LLC AND MH HOLDINGS II H, LLC TO DISMISS THE BANKRUPTCY CASE**<br><br>Date:    July 16, 2019<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br><br>The Honorable Barry Russell |

      The Official Committee of Unsecured Creditors (the "Committee") for Secured Capital Partners, LLC, the debtor and debtor-in-possession herein (the "Debtor"), hereby submit these Evidentiary Objections to the *Declaration of Gayle I. Jenkins in Support of Motion of Hughes Investment Partnership, LLC and MH Holdings II H, LLC to Dismiss the Bankruptcy Case* [Docket No. 48] (the "Jenkins Declaration" or "Declaration") as set forth below.  To the extent practical, the Committee has restated the entirety of the objectionable statements.  Otherwise, the Committee

has provided citations to the Declaration, along with the beginning and ending phrases of the objectionable statements.

**EVIDENTIARY OBJECTIONS**

**Objection 1:**

**Page 1:27-2:1 and Exhibit A referenced therein**: "A true and correct copy of an Instagram post dated January 17, 2019 on the Instagram account of Victorino Noval, which I last accessed on or around March 25, 2019, is attached hereto as **Exhibit A**."

   **Objection**: Relevance Fed R. Evid. §§ 401, 403; Lack of Foundation, Fed. R. Evid. §602; Hearsay Fed. R. Evid. § 801; and Lack of Authentication, Fed. R. Evid. § 901. Exhibit A contains hearsay statements purportedly made by Victorinio Noval. The proffering party, however, has not established that Mr. Noval actually made these statements. Moreover, contrary the statements in Lender's Motion, that "he will not sell the TPP Property until he received over $400 million," the statements only indicate that the Property has unique characteristics that may tend to increase the purchase price. (See Motion at p 24:12-13.) Ultimately, the statements are irrelevant to the Motion because Lenders have not provided any foundation for how these statements – assuming *arguendo* they are authentic – relate to whether the Debtors are entitled to protection under the Bankruptcy Code.

   ☐ Sustained

   ☐ Overruled

**Objection 2:**

**Page 2:2-4 and Exhibit B referenced therein**: "A true and correct copy of the TMZ article referenced in the Noval Instagram entry, "The Mountain of Beverly Hills With $1 Billion Listing Rejects $400 Mil Bid," published on January 17, 2019, is attached hereto as **Exhibit B**."

   **Objection**: Relevance Fed R. Evid. §§ 401, 403; Lack of Foundation, Fed. R. Evid. §602; Hearsay Fed. R. Evid. § 801; Improper Opinion and Argument, Fed R. Evid. §§ 701, 702; and Lack

#48427694v2

of Authentication, Fed. R. Evid. § 901. Exhibit B is unauthenticated hearsay and cannot be asserted for the truth of the statements contained therein. The article was published in a known tabloid that specializes in sensational reporting. Moreover, the Article itself relies upon unnamed "sources familiar" with the negotiations. The publishers themselves include unsubstantiated opinions as to the Property's value by asserting "[o]vervalued much"? This opinion lacks foundation and is beyond the Author's presented qualifications.

☐ Sustained

☐ Overruled

**Objection 3:**

**Page 2:5-7 and Exhibit C referenced therein:** "A true and correct copy of the Statement of information that Beverly Hills Real Estate Holdings, LLC filed with the State of California Secretary of State on February 22, 2016 is attached hereto as **Exhibit C**."

**Objection**: Relevance Fed R. Evid. §§ 401, 403; Lack of Foundation, Fed. R. Evid Hearsay Fed. R. Evid. § 801; and Lack of Authentication, Fed. R. Evid. § 901. Exhibit C is an authenticated hearsay document purportedly from the State of California. The document is further dated from 2016 and has no relevance to present events or the merits of the Debtor's claim for bankruptcy protection. Therefore, the Exhibit should be excluded.

☐ Sustained

☐ Overruled

Dated: July 2, 2019                    **RAINES FELDMAN LLP**

                                        By:    /s/ Hamid R. Rafatjoo
                                            Hamid R. Rafatjoo
                                            *[Proposed]* Counsel to the Official Committee of Unsecured Creditors

3

#48427694v2