**Fill in this information to identify the case:**

Debtor Name  Secured Capital Partners, LLC

United States Bankruptcy Court for the: Central District of California

Case number: 2:19-bk-16243-BR

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:  June 2019

Line of business:  Real Estate

Date report filed: 07/15/2019
MM / DD / YYYY

NAISC code:  5313

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                          Managing Member

Original signature of responsible party

Printed name of responsible party     Victor Franco Noval

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Secured Capital Partners, LLC | Case number | 2:19-bk-16243-BR |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1595129.1

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 111533.42

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 37273.73

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 74259.69

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 1669388.8

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

*(Exhibit E)*

| Debtor Name | Secured Capital Partners, LLC | Case number | 2:19-bk-16243-BR |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   0

27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ ____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____0.00

30. How much have you paid this month in other professional fees?   $ ____0.00

31. How much have you paid in total other professional fees since filing the case?   $ ____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____

36. Total projected cash disbursements for the next month:   - $ _____

37. Total projected net cash flow for the next month:   = $ _____

Debtor Name  Secured Capital Partners, LLC                                   Case number  2:19-bk-16243-BR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Secured Capital Partners, LLC<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number: 2:19-bk-16423-BR<br>Operating Report Number: 1<br>For the Month Ending: June 30, 2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ -

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ 160,361.31

3.  BEGINNING BALANCE: $ 536,378.00

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)          Investment Income          59,547.95
    **Other (Specify)       Transfer from Wells Fargo   6,687.83

    TOTAL RECEIPTS THIS PERIOD: 66,235.78

5.  BALANCE: $ 602,613.78

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)          565,345.05
    Disbursements (from page 2)                            37,268.73

    TOTAL DISBURSEMENTS THIS PERIOD:*** $ 602,613.78

7.  ENDING BALANCE: $ -

8.  General Account Number(s):          4010

    Depository Name & Location:          Mechanics Bank
                                         Los Angeles, CA

\*    All receipts must be deposited into the general account.
\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what
       was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/3/2019 | | Dovenmuehl Mortga | Mortgage (for Managing Member) | | 4,030.45 | 4,030.45 |
| 6/4/2019 | | Pay Lease | Billing Fee for HOA Payment | | 2.95 | 2.95 |
| 6/4/2019 | | Pay Lease | Billing Fee for HOA Payment | | 2.95 | 2.95 |
| 6/4/2019 | | Remington Horizon I | HOA Fees for Unit 402 | | 3,063.11 | 3,063.11 |
| 6/4/2019 | | Remington Horizon I | HOA Fees for PH4 | | 4,107.58 | 4,107.58 |
| 6/4/2019 | 1478 | Enrigue Duran | Lanscaping (Tower) | | 2,000.00 | 2,000.00 |
| 6/7/2019 | | Remington Horizon I | HOA Fees | | 9.28 | 9.28 |
| 6/10/2019 | | Titanium Services | Insurance (for Managing Member) | | 85.04 | 85.04 |
| 6/10/2019 | | LADWP | Utilities (non-debtor) | | 673.70 | 673.70 |
| 6/10/2019 | | AIG Insurance | Insurance (non-debtor) | | 10,142.25 | 10,142.25 |
| 6/10/2019 | 1382 | DGK Properties | Rent (non-debtor) | | 3,300.00 | 3,300.00 |
| 6/11/2019 | | Citibank | Non-debtor payment | | 534.64 | 534.64 |
| 6/17/2019 | | Time Warner | Utilities (non-debtor) | | 85.99 | 85.99 |
| 6/18/2019 | | DirecTV | Utilities (non-debtor) | | 66.66 | 66.66 |
| 6/18/2019 | | DirecTV | Utilities (non-debtor) | | 93.31 | 93.31 |
| 6/18/2019 | 1087 | Enrigue Duran | Lanscaping (Tower) | | 2,000.00 | 2,000.00 |
| 6/18/2019 | 1476 | City of Long Beach | Non-debtor payment | | 6,084.00 | 6,084.00 |
| 6/19/2019 | | AAA Insurance | Insurance (non-debtor) | | 604.97 | 604.97 |
| 6/21/2019 | | So Cal Gas Company | Utilities (non-debtor) | | 16.91 | 16.91 |
| 6/24/2019 | | So Cal Gas Company | Utilities (non-debtor) | | 364.94 | 364.94 |
| 6/24/2019 | | Secured Capital | Transfer to DIP | 565,345.05 | | 565,345.05 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 565,345.05 | 37,268.73 | $602,613.78 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date:  _____6/30/2019_____   Balance on Statement:  _____$0.00_

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    _____    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (HOLDING I ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                 $                    -

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                     $                    -
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                   | 1,052,063.31 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                                   _____

5.  BALANCE:                                                             | 1,052,063.31 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)        | 1,052,058.31 |
    Disbursements (from page 2)                          |         5.00 |

    TOTAL DISBURSEMENTS THIS PERIOD:***                                  $    1,052,063.31

7.  ENDING BALANCE:                                                      |         0.00 |

8.  HOLDING Account Number(s):                           8658

    Depository Name & Location:                          U.S. Bank
                                                         Los Angeles, CA

TOTAL DISBURSEMENTS FROM HOLDING 1 ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/14/2019 | | Monthly Account Fee | | | 5.00 | 5.00 |
| 6/21/2019 | | Secured Capital | Transfer to DIP Account | 1,052,058.31 | | 1,052,058.31 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1,052,058.31 | 5.00 | $1,052,063.31 |

HOLDING ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____6/30/2019_____   Balance on Statement: _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                               | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                               | 0.00 |

Bank statement Adjustments:                             _____
Explanation of Adjustments-

[                                                                    ]

ADJUSTED BANK BALANCE:                                  | $0.00 |

* It is acceptable to replace this form with a similar form                Page 6 of 19
** Please attach a detailed explanation of any bank statement adjustment

1. CASH RECEIPTS AND DISBURSEMENTS
C. (HOLDING II ACCOUNT)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | $ | 0.08 |
| 2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | $ | 40.00 |
| 3. BEGINNING BALANCE: | $ | 6,687.81 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | | 0.02 |
| 5. BALANCE: | $ | 6,687.83 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 6,687.83 |
| Disbursements (from page 2) | 0.00 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | $ | 6,687.83 |
| 7. ENDING BALANCE: | $ | - |

8. HOLDING II Account Number(s):                0890

Depository Name & Location:            Wells Fargo Bank
                                                        Los Angeles, CA

TOTAL DISBURSEMENTS FROM HOLDING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/11/2019 | | Secured Capital | Transfer to Mechanics Bank | 6,687.83 | | 6,687.83 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 6,687.83 | 0.00 | $6,687.83 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___6/30/2019___    Balance on Statement: _____$0.00_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        | $0.00 |

* It is acceptable to replace this form with a similar form            Page 9 of 19
** Please attach a detailed explanation of any bank statement adjustment

**1. CASH RECEIPTS AND DISBURSEMENTS**
**D. (DIP OPERATING ACCOUNT)**

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR DIP ACCOUNT REPORTS | $ | - |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR DIP ACCOUNT REPORTS | $ | - |
| 3.  BEGINNING BALANCE: | $ | - |

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | |
| Other (Specify) | Transfer from US Bank | 1,052,058.31 |
| **Other (Specify) | Transfer from Mechanics | 565,345.05 |
| **Other (Specify) | Repayment[1] | 51,985.45 |

| | | |
|---|---|---|
| TOTAL RECEIPTS THIS PERIOD: | $ | 1,669,388.81 |
| 5.  BALANCE: | $ | 1,669,388.81 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | $ | - |
| 7.  ENDING BALANCE: | $ | 1,669,388.81 |

| | |
|---|---|
| 8.  HOLDING II Account Number(s): | 9052 |
| Depository Name & Location: | U.S. Bank |
| | Los Angeles, CA |

[1] - Reimbursement of non-debtor expenses paid post-petition from Mechanics Bank account.

## TOTAL DISBURSEMENTS FROM DIP OPERATING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/11/2019 | | Secured Capital | Transfer to Mechanics Bank | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

DIP OPERATING ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____5/31/2019___   Balance on Statement: _____$1,669,388.81___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | $1,669,388.81

* It is acceptable to replace this form with a similar form          Page 12 of 19
** Please attach a detailed explanation of any bank statement adjustment

I. B SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 0.00 |
| Holding I Account: | 0.00 |
| Holding II Account: | 0.00 |
| *Other Accounts:    DIP Operating Account: | 1,669,388.81 |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

## TOTAL CASH AVAILABLE:                    1,669,388.81

## Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## TOTAL PETTY CASH TRANSACTIONS:                    0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: _____ | Page 14 of 19 |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability / Tower Grove | Markel American | $1M / $2M | 9/30/2019 | 9/30/2019 |
| Bedford Drive Property | Scottsdale | $    2,633,400.00 | 6/17/2020 | 6/17/2020 |
| Euclid Property | Travelers | $       750,000.00 | 5/28/2020 | 5/28/2020 |
| Wilshire, PH4 | AIG | $    4,242,003.00 | 10/7/2019 | 10/7/2019 |
| Wilshire, Unit 402 | AIG | $       906,864.00 | 10/7/2019 | 10/7/2019 |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 0.00 |  |  | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 16 of 19

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X   BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

_____

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization
A draft Plan has been filed by the Debtor. The Debtor has been working with the Committee on a jointly proposed plan, which will be filed shortly.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I, Victor Franco Noval
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

7/15/19
Date

Page 19 of 19          Managing Member of debtor-in-possession

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

*Statement Ending 06/28/2019*

*Page 1 of 4*

**RETURN SERVICE REQUESTED**

SECURED CAPITAL PARTNERS, LLC
1124 MARILYN DR
BEVERLY HILLS CA 90210-2228

## Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX4010 | $0.00 |

# PREFERRED BUSINESS CHECKING-XXXXXXXX4010

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2019 | **Beginning Balance** | **$536,378.00** |
| | 6 Credit(s) This Period | $70,929.20 |
| | 25 Debit(s) This Period | $607,307.20 |
| 06/28/2019 | **Ending Balance** | **$0.00** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/11/2019 | DEPOSIT | $6,687.83 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/14/2019 | MIDWEST HERTZ INVESTMEN BOOK $64,547.95 | $59,547.95 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/25/2019 | Refund Wire Fee | $30.00 |
| 06/26/2019 | RETURNED ITEM, INSUFFICIENT FUNDS, BMWFINANCIAL SVS BMWFS PYMT XXXXX4646 | $4,593.42 |
| 06/27/2019 | Refund Overdraft Fee | $35.00 |
| 06/27/2019 | Refund Returned Item Fee | $35.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/03/2019 | DOVENMUEHLE MTG MORTG PYMT 1460036294 | $4,030.45 |
| 06/04/2019 | PL* PAYLEASE WEB PMTS 4WNZ81 | $2.95 |
| 06/04/2019 | PL* PAYLEASE WEB PMTS 5WNZ81 | $2.95 |
| 06/04/2019 | PL* HorizonManage WEB PMTS GHH591 | $3,063.11 |
| 06/04/2019 | PL* HorizonManage WEB PMTS FHH591 | $4,107.58 |
| 06/07/2019 | Remington Plaza HOA Dues XXXXX0560 | $9.28 |
| 06/10/2019 | TITANIUM LLC SERVICES 261461 | $85.04 |
| 06/10/2019 | LADWP WEB PAY 0146571000 | $673.70 |
| 06/10/2019 | PCS AIGPCSPAYS AIGONE001197734 | $10,142.25 |
| 06/11/2019 | CITI AUTOPAY PAYMENT 082985140462038 | $534.64 |



**Member FDIC**

## How to Contact Us

| | |
|---|---|
| **Client Services:** | 1-800-797-6324 |
| **Mailing Address:** | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| **Website:** | www.mechanicsbank.com |
| **Mobile Site:** | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER   MEMBER FDIC

**Mechanics Bank**

*Statement Ending 06/28/2019*

*Page 3 of 4*

## PREFERRED BUSINESS CHECKING-XXXXXXXX4010 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 06/17/2019 | TIME WARNER CABL TWC EFTPMT 0191827061 SPA | $85.99 |
| 06/18/2019 | DIRECTV Payment XXXXX9184 | $66.66 |
| 06/18/2019 | DIRECTV Payment XXXXX0166 | $93.31 |
| 06/19/2019 | AAA INSURANCE PAYMENT 200144078455384 | $604.97 |
| 06/21/2019 | SO CAL GAS PAID SCGC 0845023010 | $16.91 |
| 06/24/2019 | WIRE TRANSFER SECURED CAPITAL PARTN 122235821000208 | $565,345.05 |
| 06/24/2019 | SO CALIF EDISON PAYMENTS XXXXXX0746 | $364.94 |
| 06/25/2019 | BMWFINANCIAL SVS BMWFS PYMT XXXXX4646 | $4,593.42 |

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/24/2019 | WIRE TRANSFER SECURED CAPITAL PARTN 122235821000208 | $30.00 |
| 06/25/2019 | Overdraft Fee | $35.00 |
| 06/26/2019 | Returned Item Fee | $35.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|
| 1087 | 06/18/2019 | $2,000.00 | 1476* | 06/18/2019 | $6,084.00 |
| 1382* | 06/10/2019 | $3,300.00 | 1478* | 06/04/2019 | $2,000.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06/03/2019 | $532,347.55 | 06/14/2019 | $574,661.83 | 06/24/2019 | -$30.00 |
| 06/04/2019 | $523,170.96 | 06/17/2019 | $574,575.84 | 06/25/2019 | -$4,628.42 |
| 06/07/2019 | $523,161.68 | 06/18/2019 | $566,331.87 | 06/26/2019 | -$70.00 |
| 06/10/2019 | $508,960.69 | 06/19/2019 | $565,726.90 | 06/27/2019 | $0.00 |
| 06/11/2019 | $515,113.88 | 06/21/2019 | $565,709.99 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|--|----------------------:|-------------------:|
| **Total Overdraft Fees** | $35.00 | $35.00 |
| **Total Returned Item Fees** | $35.00 | $35.00 |

# Mechanics Bank

*Statement Ending 06/28/2019*



**SECURED CAPITAL PARTNERS, LLC**
1124 MARILYN DR
BEVERLY HILLS, CA 90210

1087

DATE 5/31/2019

PAY TO THE ORDER OF Enrique Duran                                      $ 2000.00

Two Thousand and 00/100                                      DOLLARS

Mechanics Bank

FOR Tower Landscaping

⑈001087⑈ ⑆121102036⑆ ▉ 4040⑈

#1087        06/18/2019              $2,000.00

---



**SECURED CAPITAL PARTNERS, LLC**
1124 MARILYN DR
BEVERLY HILLS, CA 90210

1382

ACCT# 6200587099865

DATE 6-1-19

PAY TO THE ORDER OF DGK Properties                                      $ 3300

three thousand three hundred                                      DOLLARS

Mechanics Bank

FOR Jane Glendon

⑈001382⑈ ⑆121102036⑆ ▉ 4040⑈

#1382        06/10/2019              $3,300.00

---

**SECURED CAPITAL PARTNERS, LLC**
1124 MARILYN DR
BEVERLY HILLS, CA 90210

1476

DATE 5/16/2019

PAY TO THE ORDER OF City of Long Beach                                      $ 6,084.00

Six Thousand Eighty-Four and 0%/100                                      DOLLARS

Mechanics Bank

FOR Boss/Deer Gardens Ave

⑈001476⑈ ⑆121102036⑆ ▉ 4040⑈

#1476        06/18/2019              $6,084.00

---

**SECURED CAPITAL PARTNERS, LLC**
1124 MARILYN DR
BEVERLY HILLS, CA 90210

1478

DATE 5/17/2019

PAY TO THE ORDER OF Enrique Duran                                      $ 2000.00

Two Thousand and 00/100                                      DOLLARS

Mechanics Bank

FOR Tower Landscaping

⑈001478⑈ ⑆121102036⑆ ▉ 4040⑈

#1478        06/04/2019              $2,000.00

# **US bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3036    IMG              S        Y    ST01

**Private Wealth Management**
**Business Statement**

Account Number:
⬛ 8658

Statement Period:
Jun 3, 2019
through
Jun 30, 2019

Page 1 of 1

ıllıılıɪˌɪɪlɪɪɪllɪɪllɪɪˌɪllɪˌɪlɪˌlɪɪɪˌɪɪˌılllɪ
000062769 01 AB  0.412  000638122608669 P  Y
SECURED CAPITAL PARTNERS LLC
10727 WILSHIRE BLVD APT 402
LOS ANGELES CA  90024-4400

Contact a Private Wealth Management Client
Services Representative at 888.265.7962, 24 hours a
day, 7 days a week for questions about your
account(s). Visit privatewealth.usbank.com to view
your statement online.

## INFORMATION YOU SHOULD KNOW

New Terms and Conditions will be effective for U.S. Bank business clients on July 31, 2019. You can obtain a copy at
usbank.com/tmtermsandconditions. If you are unable to access this information for any reason, please reach out to your U.S.
Bank contact or Commercial Customer Service team for assistance.

## SILVER BUSINESS CHECKING                                                      *Member FDIC*

### ACCOUNT CLOSED

U.S. Bank National Association                                    **Account Number** ⬛ 8658
### Account Summary

|                              | # Items |     |              |
| ---------------------------- | ------- | --- | ------------ |
| Beginning Balance on Jun 3   |         | $   | 1,052,063.31 |
| Other Withdrawals            | 3       |     | 1,052,063.31- |
| **Ending Balance on  Jun 30, 2019** |  | $ | 0.00 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
| ---- | -------------------------- | --- | ---------- | --- | ------ |
| Jun 14 | Analysis Service Charge | | 1400000000 | $ | 5.00 |
| Jun 21 | CUSTOMER INITIATED | TRANSFER | | | 1,052,058.31- |
| Jun 24 | Account Closed | | | | 0.00- |
| | | **Total Other Withdrawals** | | $ | 1,052,063.31- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
| ---- | -------------- | ---- | -------------- | ---- | -------------- |
| Jun 14 | 1,052,058.31 | Jun 21 | 0.00 | Jun 24 | 0.00 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: May 2019

| Account Number: | ⬛ 8658 | $ | 5.00 |
| --------------- | -------- | --- | ---- |
| Analysis Service Charge assessed to | ⬛ 8658 | $ | 5.00 |

### Service Activity Detail for Account Number 1-575-1686-8658

| Service | Volume | Avg Unit Price | Total Charge |
| ------- | ------ | -------------- | ------------ |
| **Depository Services** | | | |
| Stmt w/Check Ft Images | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number ⬛ 8658 | | $ | 5.00 |

# WELLS FARGO

## BUSINESS CHECKING
...0890

$0.00
Available balance

Activity Summary

| | |
|---|---|
| **Current posted balance** | $0.00 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | **$0.00** |
| Monthly Service Fee Summary | |
| Routing numbers | |

## Activity

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions to view. | | | | |
| **Posted Transactions** | | | | |
| 06/11/19 | WITHDRAWAL MADE IN A BRANCH/STORE | | $6,687.83 | |
| 06/11/19 | OUTSTANDING ITEMS CLOSE, INT W/O FEE | | $0.00 | |
| 06/11/19 | INTEREST PAYMENT | $0.02 | | |
| 05/31/19 | MONTHLY SERVICE FEE | | $40.00 | $6,687.81 |
| 05/31/19 | INTEREST PAYMENT | $0.08 | | |
| 05/24/19 | ONLINE TRANSFER TO GREAT EXPECTATIONS III, LLC BUSINESS CHECKING XXXXXX5800 REF #IB069JNLWG ON 05/24/19 | | $4,000.00 | $6,727.73 |
| **Totals** | | **$699.53** | **$14,584.96** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|------|-------------|------------------|--------------------|--------------------|
| 05/06/19 | ONLINE TRANSFER REF #IB06726BFH TO BUSINESS CARD XXXXXXXXXXXX6339 ON 05/06/19 | | $777.13 | $10,727.73 |
| 05/03/19 | ONLINE TRANSFER TO GREAT EXPECTATIONS III, LLC BUSINESS CHECKING XXXXXX5800 REF #IB066N67WS ON 05/03/19 | | $3,000.00 | $11,504.86 |
| 04/30/19 | MONTHLY SERVICE FEE | | $40.00 | $14,504.86 |
| 04/30/19 | INTEREST PAYMENT | $0.12 | | |
| 04/12/19 | DEPOSIT MADE IN A BRANCH/STORE #924377688 | $682.27 | | $14,544.74 |
| 03/29/19 | MONTHLY SERVICE FEE | | $40.00 | $13,862.47 |
| 03/29/19 | INTEREST PAYMENT | $0.37 | | |
| 03/29/19 | WELLS FARGO CASHBACK REWARDS | $16.67 | | |
| **Totals** | | **$699.53** | **$14,584.96** | |

Back to top

First
Previous
Next

# *Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

⌂ Equal Housing Lender

 **bank**.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3036    IMG        S        Y    ST01

**Private Wealth Management**
**Business Statement**

Account Number:
█████9052

Statement Period:
Jun 24, 2019
through
Jun 28, 2019

Page 1 of 1



||I·IdII·I|II·|II··|II·|I|II·|II|·|II·|II·|III··I|II··I|II|
000132514 01 SP 0.500 000638122539671 P N
ESTATE OF SECURED CAPITAL PARTNERS LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2-19-BK-16243-BR
10727 WILSHIRE BLVD APT 402
LOS ANGELES CA 90024-4400

Contact a Private Wealth Management Client
Services Representative at 888.265.7962, 24 hours a
day, 7 days a week for questions about your
account(s). Visit privatewealth.usbank.com to view
your statement online.

---

## INFORMATION YOU SHOULD KNOW

New Terms and Conditions will be effective for U.S. Bank business clients on July 31, 2019. You can obtain a copy at
usbank.com/tmtermsandconditions. If you are unable to access this information for any reason, please reach out to your U.S.
Bank contact or Commercial Customer Service team for assistance.

---

## SILVER BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number ████████9052

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jun 24 | | $ | 0.00 |
| Customer Deposits | 1 | | 51,985.45 |
| Other Deposits | 2 | | 1,617,403.36 |
| **Ending Balance on  Jun 30, 2019** | | **$** | **1,669,388.81** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Jun 28 | 9255874599 | 51,985.45 |
| | | **Total Customer Deposits** | **$        51,985.45** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 21 | CUSTOMER INITIATED | TRANSFER | | $    1,052,058.31 |
| Jun 24 | Wire Credit REF000208 | MECHANICS BANK WAL 190624039371 | | 565,345.05 |
| | ORG=SECURED CAPITAL | PARTNERS LLC 1124 MARILYN | | |
| | | | **Total Other Deposits** | **$    1,617,403.36** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 21 | 1,052,058.31 | Jun 24 | 1,617,403.36 | Jun 28 | 1,669,388.81 |

Balances only appear for days reflecting change.