**FILED & ENTERED**

AUG 08 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SECURED CAPITAL PARTNERS, LLC.,<br><br>Debtor(s). | Case No.: 2:19-bk-16243-BR<br><br>CHAPTER 11<br><br>**SCHEDULING ORDER REGARDING MOTION FOR ENTRY OF AN ORDER RECONSIDERING AND VACATING THE ORDER DENYING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO EMPLOY RAINES FELDMAN LLP** |

This matter is before the Court on Official Committee of Unsecured Creditors' "Motion For Entry Of An Order Reconsidering And Vacating The Order Denying Official Committee Of Unsecured Creditors' Application To Employ Raines Feldman LLP" ("Motion") filed on August 7, 2019.

Having reviewed the Motion, this Court hereby **ORDERS** as follows:

1) Written opposition(s) to the Motion are due no later than August 29, 2019, courtesy copy(s) to be delivered to chambers no later than the close of business on that same day;

2) Written reply(s) to the opposition(s) are due no later than September 13, 2019, courtesy copy(s) to be delivered to chambers no later than the close

1  of business on that same day.
2      Upon consideration of all filed pleadings, the Court will then decide whether to rule
3  on the pleadings or set the Motion for a hearing.  Upon receipt of this entered Order, the
4  moving party is responsible for serving an entered copy of this Order on all interested
5  parties.  Proof of service is to be filed no later than August 9, 2019.
6      IT IS SO ORDERED.
7  ###

25  Date: August 8, 2019

Barry Russell
United States Bankruptcy Judge

-2-